**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 762 MAL 2016

  : 

             Respondent   :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

  : 

             v.   : 

  : 

  : 

RICHARD H. PHILLIPS,   : 

  : 

             Petitioner   : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.